# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4907
_____

ANTHONY BAKER,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Franklin County.
Terry P. Lewis, Judge.

January 14, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Baker, pro se, Appellant.

Beverly S. Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.